NUMBER 13-05-023-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

SCI TEXAS FUNERAL SERVICES, INC., D/B/A 
PALM VALLEY MEMORIAL GARDENS,                                Appellant,

v.

BELIA GARZA, ET AL.,                                                      Appellees.
____________________________________________________________________

On appeal from the 370th District Court
of Hidalgo County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, SCI TEXAS FUNERAL SERVICES, INC., D/B/A PALM VALLEY
MEMORIAL GARDENS, perfected an appeal from a judgment entered by the 370th
District Court of Hidalgo County, Texas, in cause number C-042-01-G. After the
clerk’s record was filed, the parties filed a joint motion to dismiss the appeal. In the
motion, the parties state that they have reached a settlement regarding the matters at
issue in this appeal. The parties request that this Court dismiss the appeal and that
costs be borne by the party incurring same.
         The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.

                                                                                 PER CURIAM

Memorandum Opinion delivered and filed 
this the 5th day of May, 2005.